JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE BRUANER and ADRIEL ZAGHI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MUSCLEPHARM CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-08869-FMO-AGR<br>Honorable Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: November 11, 2014<br>FAC Filed: March 2, 2015<br>SAC Filed: June 17, 2015<br>TAC Filed: August 17, 2015 |

2:14-cv-08869-FMO-AGR

# **ORDER**

The Court, having reviewed and considered the Stipulation of Dismissal submitted by Plaintiffs Jake Bruaner and Adriel Zaghi ("Plaintiffs") and Defendant MusclePharm Corporation ("MusclePharm"), by and through their respective attorneys of record, and good cause having been shown, hereby grants the parties' Stipulation and orders as follows:

The above-entitled action is dismissed in its entirety, as follows. Plaintiffs' individual claims are dismissed with prejudice. The class claims and/or allegations are dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: September 28, 2015

/s/
The Honorable Fernando M. Olguin
United States District Court Judge

2:14-cv-08869-FMO-AGR